**Ex parte E. J. COURTLAND and Francis Richards.**

**No. 20285.**

Court of Criminal Appeals of Texas.

Feb. 15, 1939.

J. Franklin Spears and Adrian Spears, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

This is an appeal from an order of the Judge of the Criminal District Court of Bexar County, Texas, refusing to discharge the relators upon the hearing of the application for a writ of habeas corpus.

Since their appeal to this court was perfected, the relators have filed a written request, verified by their affidavit, asking for the privilege of withdrawing their appeal. The request is granted, and the appeal ordered dismissed.